IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TROY G. HAMMER,

    Plaintiff,

v.                                    Case No. 21C1183

TODD HAMILTON AND
SAMANTHA SCHWARTZ-OSCAR,

    Defendants.

## DEFENDANTS' MOTIONS TO REFER CASE TO MAGISTRATE JUDGE AND STAY DEADLINES PENDING MEDIATION

NOW COME defendants, by their undersigned counsel, to move the Court to refer this case to a Magistrate Judge for the limited purposes of pursuing mediation this case. Both parties have expressed interest in settlement and would like the assistance of a Magistrate Judge in resolving this case.

Both parties have agreed to stay all discovery and all case deadlines, including the September 22, 2022 dispositive motions deadline, pending mediation. Thus, defendants further move the Court to order a stay of all case deadlines and discovery pending mediation.

There is no briefing accompanying this motion.

Dated this 11th day of May, 2022.

                                Respectfully submitted,

                                JOSHUA L. KAUL
                                Attorney General of Wisconsin

                                <u>s/Samir S. Jaber</u>
                                SAMIR S. JABER
                                Assistant Attorney General
                                State Bar #1076522

                                Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229
(608) 294-2907 (Fax)
jaberss@doj.state.wi.us