UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Troy G. Hammer,
    Plaintiff,

v.                                            Case No. 21-CV-1183

Todd Hamilton, et al.,
    Defendants.

---

## MOTION FOR RECRUITMENT OF COUNSEL TO PROCEED WITH MEDIATION AND STAY OF PROCEEDINGS AND/OR AN EXTENSION

---

Pursuant to 28 U.S.C. § 1915(e)(1), Rule 7(b) and/or Rule 6(b), Fed. R. Civ. P., plaintiff Troy Hammer, proceeding pro se, hereby moves this Honorable Court to assist him in recruiting counsel to represent him in the above captioned case for purposes of the extended June 29th, 2022 mediation date (Dkt. No. 34), and stay of proceeding and/or extending mediation to adequately prepare for mediation and resolution of this motion. In support of this motion is HAMMER'S DECLARATION and the following reasons:

1. Plaintiff is proceeding pro se in the above captioned case

with no experience in the mediation process. (Hammer Decl. ¶1).

2. Plaintiff has made 3 attempts to obtain representation. (Hammer Decl. ¶¶ 2-4).

3. In the interest of justice and fair resolution of this case if possible.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Honorable Court grant this motion.

Dated this 15th day of July, 2022.

Respectfully Submitted,
Troy Hammer
Troy G. Hammer
Pro se Plaintiff

Troy G. Hammer #489983
Dodge Correctional Institution
P.O. Box 700
Waupun, WI 53963