# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TROY G. HAMMER**,

    Plaintiff,

    v.                                        Case No. 21-CV-1183

**TODD HAMILTON,** *et al.,*

    Defendants.

## ORDER

On September 8, 2022, plaintiff Troy G. Hammer filed a motion to clarify the status of the pending mediation. (ECF No. 44.) The mediation originally set for August 31, 2022, was cancelled due to the court granting Hammer's motion to recruit counsel. Once Attorney James Scoptur agreed to represent Hammer, the court rescheduled the mediation, which will now be held on October 12, 2022, at 9:00 a.m. via Zoom before Magistrate Judge Stephen Dries. Attorney Scoptur should connect with Hammer to prepare for the mediation, including drafting a mediation statement per Judge Dries's order dated August 19, 2022 (ECF No. 43).

Hammer has requested Attorney Scoptur's contact information. His contact information is as follows:

James P Scoptur
Aiken & Scoptur SC
19275 W Capitol Dr - Ste 201
Brookfield, WI 53045
414-225-0260
Fax: 414-225-9666
Email: james@aikenandscoptur.com

**IT IS THEREFORE ORDERED** that Hammer's motion to clarify (ECF No. 44) is **GRANTED.**

Dated in Milwaukee, Wisconsin this 9th day of September, 2022.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge