UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TROY G. HAMMER,
        Plaintiff,                       Case No.: 21-CV-1183

vs.

TODD HAMILTON, *et al*.
        Defendants.

---

## MOTION TO WITHDRAW

Attorney James P. Scoptur of Aiken & Scoptur, S.C., hereby submits this motion to withdraw as *pro bono* counsel for plaintiff, Troy Hammer. The basis for the motion is that the full scope of mediation representation was not provided before agreeing to be counsel, and counsel does not have the time currently to provide the amount of attention this case requires.

Dated this 9th day of September 2022.

                                                        **AIKEN & SCOPTUR, S.C.**

                                                        _____
                                                        JAMES P. SCOPTUR
                                                       State Bar No. 1063175
                                                       19275 W. Capitol Dr., Suite 201
                                                      Brookfield, WI 53405
                                                      (414) 225-0260
                                                      james@aikenandscoptur.com