UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**TROY G. HAMMER**,

    Plaintiff,

  v.                                      Case No. 21-CV-1183

**TODD HAMILTON,** *et al.,*

    Defendants.

## ORDER

On September 9, 2022, Attorney James P. Scoptur, who the court had recruited as pro bono counsel, moved to withdraw from representation. (ECF No. 47.) He states that the full scope of the mediation representation was not provided before agreeing to be counsel and, as such, he does not have the time to adequately represent plaintiff Troy G. Hammer. The court will grant his motion.

Hammer also filed a second motion for clarification. (ECF No. 48.) It appears to be a duplicate of the motion the court decided on September 9, 2022 (ECF No. 46), so the court will deny it as moot. Hammer should take note that his mediation is once again stayed because Attorney Scoptur is no longer his lawyer. **He should not contact Attorney Scoptur.** The court will make efforts to recruit another attorney as efficiently as possible and will notify Hammer once an attorney has been found.

**IT IS THEREFORE ORDERED** that Attorney Scoptur's motion to withdraw as attorney (ECF No. 47) is **GRANTED**.

**IT IS FURTHER ORDERED** that Hammer's second motion to clarify (ECF No. 48) is **DENIED as moot.**

Dated in Milwaukee, Wisconsin this 13th day of September, 2022.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge